**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 96-31138
Summary Calendar
_____


KAREN BYRD,

                                        Plaintiff-Appellant,

VERSUS


AT&T CORPORATION,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(95-CV-1656)
_____
May 21, 1997

Before DAVIS, E. GARZA and STEWART, District Judges.

PER CURIAM:[*]

    For reasons assigned by the magistrate judge in his thorough

memorandum ruling of October 16, 1996, the judgment of the district

court is

    AFFIRMED.

_____

    [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.